58, 288-04



# JUDGE AMBER GIVENS-DAVIS
## 282nd JUDICIAL DISTRICT COURT
Frank Crowley Courts Building
133 N. Riverfront Blvd., LB-32
Dallas, Texas 75207-4399
(214) 653-5852

FELICIA SMITH
Court Coordinator
214-653-5852

PATRICIA HOLT
Court Reporter
214-653-5853

**VIA SCAN and FACSIMILE #512-936-2436**

December 2, 2015

Honorable Judges of the Court of Criminal Appeals
Court of Criminal Appeals
P.O. Box 12308, Capital Station
Austin, Texas 78711

Abel Acosta, Clerk

DEC 07 2015

COURT OF CRIMINAL APPEALS
RECEIVED IN

RE:     Request for Extension relating to *Ex parte Bernardist Devote Lee*
CCA No. WR-58,288-04, Trial Court Cause No. W97-46252-S(C)

To the Honorable Judges of the Court of Criminal Appeals:

The purpose of this letter is to request additional time to respond to this Court's Remand Order of May 13, 2015. The Court master handling this writ needs additional time to resolve the issues and prepare findings of fact and conclusions of law. The delay associated with resolving this writ has been due to the fact that the State's attorney was out on maternity leave, the writ is being reviewed by the Conviction Integrity Unit of the Dallas County District Attorney's Office, and the defense attorney who is providing an affidavit had to obtain records from storage due to the age of the case. The trial court anticipates that an extension is needed to resolve these issues. Therefore, the court requests until January 19, 2016, to resolve the writ. Please advise if this Court requires any additional information regarding this request.

Sincerely,

Judge Amber Givens-Davis

cc:  April Smith
Cynthia Garza
Bruce Anton